**KENDRA M. MATTHEWS, OSB No. 965672**
kendra@boisematthews.com
**BRIDGET M. DONEGAN, OSB No. 103753**
bridget@boisematthews.com
**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisematthews.com
BOISE MATTHEWS DONEGAN LLP
Fox Tower
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Fax: (503) 227-5984

Of Attorneys for Defendant Bethany Mockerman

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# Eugene Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BETHANY MOCKERMAN,**<br><br>Defendant. | Case No: **6:22-cr-00262-2-MC**<br><br>**DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT** |

Defendant, Bethany Mockerman, by and through her counsel, moves this Court for an order authorizing the United States Pretrial Services to temporarily release Ms. Mockerman's passport so that she may take a trip that will involve international travel, provided that before the passport is released, Ms. Mockerman must provide the full details of the trip (including the travel itinerary and accommodations information) to United States Pretrial Services.

//

Page 1 -   DEFENDANT'S MOTION FOR TEMPORARY
           RELEASE OF PASSPORT

**BOISE MATTHEWS DONEGAN LLP**
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

A family member (not co-defendant) has asked Ms. Mockerman to accompany her on a trip to visit another family member who is currently living abroad. Ms. Mockerman would not be paying for either the travel or accommodations on this trip. The defense has shared with the government and Mr. Cox with whom Ms. Mockerman hopes to travel, where they would be traveling and who she would be visiting. The travel arrangements, including the dates of travel, have not been made yet. If authorized, the trip would be completed before the trial date (June 6, 2023). If the Court authorizes the temporary release of Ms. Mockerman's passport to permit her to take this trip, Ms. Mockerman would make the travel arrangements, providing the details to Mr. Cox. She and Mr. Cox would then coordinate the timing of the release and return of the passport as necessary to accomplish the travel.

On February 2, 2023, United States Pretrial Services Officer Jeffrey Cox authorized counsel to report that his office has no objection to Ms. Mockerman being granted temporary custody of her passport so that she can go on this trip. Mr. Cox indicated that, provided the Court authorized the release of the passport for the express purpose of Ms. Mockerman going on this trip, he had no objection to coordinating the release/return of the passport directly with Ms. Mockerman upon her providing the full details of the travel, including airfare and accommodations information.

On February 7, 2023, Assistant United States Attorney Gavin W. Bruce authorized counsel to advise the Court that the government has no objection to Ms. Mockerman being granted temporary custody of her passport so that she can go on this trip.

This motion is accompanied by the declaration of Kendra M. Matthews.

//

//

Page 2 -   DEFENDANT'S MOTION FOR TEMPORARY
            RELEASE OF PASSPORT

BOISE MATTHEWS DONEGAN LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

For the foregoing reasons, defendant asks that this Court grant this motion.

DATED this 7th day of February 2023.

                Respectfully submitted,

                BOISE MATTHEWS DONEGAN LLP

                /s/ *Kendra M. Matthews*
                KENDRA M. MATTHEWS, OSB No. 965672
                (503) 228-0487
                Of Attorneys for Defendant Bethany Mockerman

Page 3 -   DEFENDANT'S MOTION FOR TEMPORARY
            RELEASE OF PASSPORT

**BOISE MATTHEWS DONEGAN LLP**
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT on the following attorneys by causing it to be electronically filed on the 7th day of February, 2023.

>Gavin W. Bruce
>Assistant United States Attorney
>United States Attorney's Office
>Suite 600
>1000 S.W. Third Avenue
>Portland, OR 97204-2902
>Gavin.Bruce@usdoj.gov

BOISE MATTHEWS DONEGAN LLP

/s/ *Kendra M. Matthews*
KENDRA M. MATTHEWS, OSB No. 965672
(503) 228-0487
Of Attorneys for Defendant Bethany Mockerman

CERTIFICATE OF SERVICE

BOISE MATTHEWS DONEGAN LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984