**KENDRA M. MATTHEWS, OSB No. 965672**
kendra@boisematthews.com
**BRIDGET M. DONEGAN, OSB No. 103753**
bridget@boisematthews.com
**WHITNEY P. BOISE, OSB No. 851570**
whitney@boisematthews.com
BOISE MATTHEWS DONEGAN LLP
Fox Tower
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Fax: (503) 227-5984

Of Attorneys for Defendant Bethany Mockerman

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# Eugene Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **BETHANY MOCKERMAN,**  Defendant. | Case No: **6:22-cr-00262-2-MC**  **DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT** |

I, KENDRA M. MATTHEWS, hereby declare and say:

1. I am a partner at Boise Matthews Donegan LLP; our law firm is representing Ms. Mockerman in this case.

2. Ms. Mockerman's trial is scheduled for June 6, 2023.

//

Page 1 -   DECLARATION IN SUPPORT OF DEFENDANT'S
           MOTION FOR TEMPORARY RELEASE OF
           PASSPORT

**BOISE MATTHEWS DONEGAN LLP**
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

3.  Ms. Mockerman is released on conditions and is being supervised by United States Pretrial Services Officer Jeffrey Cox.

4.  A family member (not co-defendant) has asked Ms. Mockerman to accompany her on a trip to visit another family member who is living abroad. Ms. Mockerman would not be paying for either the travel or accommodations on this trip. The defense has shared with the government and Mr. Cox with whom Ms. Mockerman hopes to travel, where they would be traveling and who she would be visiting. The travel arrangements, including the dates of travel, have not been made yet. If authorized, the trip would be completed before the trial date (June 6, 2023).

5.  On February 2, 2023, United States Pretrial Services Officer Jeffrey Cox authorized counsel to report that his office has no objection to Ms. Mockerman being granted temporary custody of her passport so that she can go on this trip. Mr. Cox indicated that, provided the Court authorized the release of the passport for the express purpose of Ms. Mockerman going on this trip, he had no objection to coordinating the release/return of the passport directly with Ms. Mockerman upon her providing the full details of the travel, including airfare and accommodations information.

6.  On February 7, 2023, Assistant United States Attorney Gavin W. Bruce authorized counsel to advise the Court that the government has no objection to Ms. Mockerman being granted temporary custody of her passport so that she can go on this trip.

I hereby declare under penalty of perjury that the above statements are true to the best of my knowledge and belief.

DATED this 7th day of February, 2023.

/s/ Kendra M. Matthews
KENDRA M. MATTHEWS

Page 2 -   DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT

BOISE MATTHEWS DONEGAN LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing DECLARATION IN SUPPORT OF DEFENDANT'S MOTION FOR TEMPORARY RELEASE OF PASSPORT on the following attorneys by causing it to be electronically filed on the 7th day of February, 2023.

>Gavin W. Bruce
>Assistant United States Attorney
>United States Attorney's Office
>Suite 600
>1000 S.W. Third Avenue
>Portland, OR 97204-2902
>Gavin.Bruce@usdoj.gov

>BOISE MATTHEWS DONEGAN LLP
>
>/s/ *Kendra M. Matthews*
>KENDRA M. MATTHEWS, OSB No. 965672
>(503) 228-0487
>Of Attorneys for Defendant Bethany Mockerman

CERTIFICATE OF SERVICE

BOISE MATTHEWS DONEGAN LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984